[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 11, 2009
THOMAS K. KAHN
CLERK

No. 07-15744
Non-Argument Calendar

_____

D.C. Docket No. 07-60818-CV-AJ

JUDY COPELAND,
with help of room mate Carl Shell due
to Judy Copeland's mental retardation,

Plaintiff,

CARL SHELL,

Proposed Intervenor-Appellant,

versus

HOUSING AUTHORITY OF HOLLYWOOD,
TIM SCHWARTZ,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(March 11, 2009)

BEFORE CARNES, HULL and ANDERSON, Circuit Judges.

PER CURIAM:

Because we have decided that the district court properly granted summary judgment on Judy Copeland's claims underlying this challenge, see Copeland v. Housing Authority of Hollywood, No. 08-10744 (11th Cir. Nov. 28, 2008), we AFFIRM the District Court's denial of Appellant Shell's motion to intervene below.